IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 4:25mj /00 |
| | ) | |
| Trenton R. Birchette | ) | |
| | ) | |
| *Defendant.* | ) | |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Danielle Shimchick, being duly sworn, depose and say:

### INTRODUCTION

1. I am a Deputy U.S. Marshal and have been employed by the United States Marshals Service ("USMS") since 2009. I am currently assigned to the Eastern District of Virginia, Richmond Division. I successfully graduated from the Federal Law Enforcement Training Center ("FLETC") and Basic Deputy USMS Training Academy in 2010. During my tenure with the U.S. Marshals Service, one of my primary duties has been the investigation of the whereabouts of federal, state and local fugitives.

2. The fugitives and crimes I primarily investigate are often violent offenders, and I am familiar with illegal activities and measures to avoid arrest. I am aware that those who commit criminal acts, if not held in custody pending trial, have an incentive to flee in order to avoid prosecution.

3. I present this affidavit in support of a Criminal Complaint alleging a violation of Title 18, United States Code, Section 751 (a), (Escape from the Custody of the Attorney General), by Trenton R. Birchette.

4. The information contained in this affidavit is either based on your affiant's personal knowledge and observations, the knowledge and observations of cooperating sources and other reliable sources of information, or information relayed to your affiant by other federal agents and state and local police officers. This affidavit is not intended to include every fact and matter known to your affiant or the United States. I have set forth only those facts necessary to support probable cause for this action.

## FACTS AND CIRCUMSTANCES

5. On July 11, 2016, a grand jury sitting in the Eastern District of Virginia, Newport News Division, returned a true bill indictment charging Trenton R. Birchette with Possession with Intent to Distribute Cocaine and Cocaine Base (Count 1), in violation of 21 U.S.C. 841 (a)(1), b(1)(C); Use of Communication Facility (Count 2), in violation 21 U.S.C. 843; Possession of a Firearm in Furtherance of a Drug Trafficking (Count 3); in violation of 18 U.S.C 924(c)(1)(A); and Possession of a Firearm by a Convicted Felon (Count 4), in violation of 18 U.S.C. 922(g)(1). *See* Criminal Action No. 4:16cr57.

6. An arrest warrant was issued the same day, signed by U.S. Magistrate Judge Lawrence R. Leonard.

7. On November 28, 2016, Birchette was presented before U.S. Magistrate Judge Robert J. Krask for an initial appearance. Birchette was advised of the charges and remanded to U.S. Marshal Service custody.

8. Following a jury trial, on March 24, 2017, Birchette was found guilty by the jury on Counts 1, 2, 3 and 4. The jury trial was held before U.S. District Judge Arenda K. Wright Allen. On June 23, 2017, Birchette was sentenced by Judge Allen to seventy months imprisonment with five years of supervised release and a special assessment of $100 (Count 1); forty-eight months

imprisonment to be served concurrently with one year of supervised release to run concurrently and a special assessment of $100 (Count 2); sixty months imprisonment to be served consecutively to the sentences on Counts 1, 2 and 4, with five years of supervised release to run concurrently and a special assessment of $100 (Count 3); and seventy months imprisonment to be served concurrently with three years of supervised release to run concurrently and a special assessment of $100 (Count 4). This sentence was documented in an order of judgment and commitment, issued on June 27, 2017.

9. On July 10, 2017, Birchette was transferred from U.S. Marshals Service custody at Northern Neck Regional Jail to the custody of the Bureau of Prisons ("BOP") at Federal Correctional Institution ("FCI") Hazleton for service of his federal sentence. Birchette was subsequently transferred to FCI Petersburg, in Prince George County, Virginia (within the Eastern District of Virginia) arriving at the institution on November 1, 2022. Birchette largely remained at FCI Petersburg, despite several visits to the hospital. Birchette was furloughed to the halfway house on December 10, 2025.

10. On December 4, 2025, Birchette signed BOP Form BP-A0291IS, *Furlough Application – Approval and Record, Inmate Signature Page*. The form indicates the following:

> a. "I understand that if approved, I am authorized to be only in the area of the destination shown on the Furlough Application and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found. I have read or had read to me, and I understand that forgoing conditions govern my furlough, and I will be able to abide by them. I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH. I understand and agree to abide by all conditions concerning my furlough".

11. BOP Form BP-A0291IS was signed by Birchette and dated December 4, 2025. The form was initiated and witnessed by N.B., identified as a unit secretary at Petersburg FCI on December 4, 2025.

12. BOP Form BP-A0291, *Furlough Application – Approval and Record,* indicated Birchette was approved to be furloughed on December 10, 2025, at 0800 hours to travel via train to the James River RRC located at 7718 Warwick Boulevard, Newport News, Virginia. The travel schedule approved Birchette to depart FCI Petersburg Medium at 0800 hours via town driver to Richmond Amtrack Train Station at Staples Mill Road. The scheduled train departure was 0934 hours on December 10, 2025, arriving in Newport News at 1127 hours. Once in Newport News, Birchette was authorized to travel via taxi and report to James River RRC. Birchette was approved to be on furlough status between the hours of 0800 and 1230. The form was approved by Warden J.B. on December 9, 2025.

13. On December 11, 2025, your affiant was notified by the BOP that Birchette failed to report to the halfway house and was placed on escape status.

14. On December 11, 2025, at approximately 0900 hours, Birchette called the front lobby at FCI Petersburg Low and spoke with Correctional Officer ("C.O.") J.T. The caller stated his name was Birchette and indicated he was released on December 10, 2025. The caller asked to speak with a particular staff member in medical. C.O. J.T. asked what the call was in reference to. The caller stated the halfway house told him he (Birchette) needed to contact the staff member. C.O. J.T. placed the call on hold to locate the staff member. The caller then hung up.

15. As of present date, Birchette's whereabouts are unknown.

16. Birchette's projected release date from the BOP is May 13, 2026.

## CONCLUSION

17. Based on the foregoing information, there is probable cause to believe that Trenton R. Birchette did flee knowingly Escape from the Custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a).

18. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for Trenton R. Birchette.

Danielle Shimchick
Deputy United States Marshal
United States Marshals Service

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Brian J. Samuels.

Brian J. Samuels
Assistant United States Attorney

Sworn to and subscribed before me this 18th day of December 2025.

The Honorable Douglas E. Miller
UNITED STATES MAGISTRATE JUDGE
Newport News, Virginia